twenty minutes to contact an attorney, pursuant to section 577.041 RSMo (Cum.Supp. 1996). Motorist also claims that the police lacked reasonable grounds to believe he was driving while intoxicated.

No error of law appears, and a written opinion would have no precedential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

We affirm the judgment pursuant to Rule 84.16(b).

imprisonment for rape and a consecutive term of 10 years for armed criminal action. Defendant appeals, challenging only his conviction for armed criminal action.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. An extended opinion would serve no jurisprudential purpose. We have, however, provided a memorandum opinion for the use of the parties only setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 30.25(b).

■

**STATE of Missouri, Respondent,**

v.

**Demetrius TRICE, Appellant.**

No. 73345.

Missouri Court of Appeals,
Eastern District,
Division Four.

Sept. 15, 1998.

Douglas R. Hoff, District Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

Before HOFF, P.J., and GARY M. GAERTNER and RHODES RUSSELL, JJ.

**ORDER**

PER CURIAM.

After a bench trial, the trial court convicted Demetrius Trice (Defendant) of forcible rape, section 566.030, RSMo 1994, and armed criminal action, section 571.015, RSMo 1994. The court sentenced Defendant to 30 years

■

**Jerome L. HOWE, Jr., Appellant,**

v.

**A.L.D. SERVICES, INC., and Alan Deutschmann, Respondents.**

No. 73213.

Missouri Court of Appeals,
Eastern District,
Division Two.

Sept. 15, 1998.

J. Patrick Chassaing, Paul E. Martin, St. Louis, for appellant.

Barry S. Ginsburg, St. Louis, for respondent.

Before JAMES R. DOWD, P.J., and CRAHAN and RICHARD B. TEITELMAN, JJ.

*ORDER*

PER CURIAM.

Jerome L. Howe, Jr. appeals the judgment entered in his favor for attorney fees in the amount of $5000. We have reviewed the briefs of the parties and the record on appeal